**GENERAL COMMUNICATIONS SERVICE, INC., Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 73–1434.

United States Court of Appeals, Ninth Circuit.

Dec. 27, 1973.

Max C. Richards (argued), Bilby, Thompson, Shoenhair & Warnock, Tucson, Ariz., for petitioner.

Elliott Moore, Asst. Gen. Counsel, W. L. Corbett (argued), National Labor Relations Board, Washington, D. C., Peter G. Nash, Gen. Counsel, and John S. Irving, Deputy Gen. Counsel, Patrick Hardin, Assoc. Gen. Counsel, of NLRB, Washington, D. C., James W. Mast, NLRB, Albuquerque, N. M., for respondent.

Bruce Thoren, Arizona Director of Communications Workers of America, Phoenix, Ariz., for charging party.

Before ELY and SNEED, Circuit Judges, and SOLOMON, District Judge.*

OPINION

PER CURIAM:

The Board's Decision and Order is reported at 201 N.L.R.B. No. 135.

Our review of the record convinces us that the reasoning of the Board's Decision was correct. Accordingly, and upon the basis of the Board's reasoning, the Petition to Review is denied, the respondent Board's Cross-Application is granted, and the Board's Order will be

Enforced.

---

**Roy Alton LANE, Petitioner-Appellant,**

v.

**ATTORNEY GENERAL OF the UNITED STATES, Respondent-Appellee.**

No. 72–1747.

United States Court of Appeals, Fifth Circuit.

Dec. 13, 1973.

William Clineburg, Jr., Atlanta, Ga. (Court-appointed), for petitioner-appellant.

John W. Stokes, Jr., U. S. Atty., P. Bruce Kirwan, William P. Gaffney, Asst. U. S. Attys., Atlanta, Ga., for respondent-appellee.

Before BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

By the Court:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case [477 F.2d 847] reheard en banc,

It is ordered that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

* Hon. Gus J. Solomon, Senior United States District Judge, Portland, Oregon, sitting by designation.